DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DARREN CLEVELAND,**
Appellant,

v.

**THE HILLS OF LAKE EDEN HOMEOWNERS ASSOCIATION, INC.,**
Appellee.

No. 4D22-1338

[July 20, 2023]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Marni A. Bryson, Judge; L.T. Case No. 502017CC00684.

Darren Cleveland, Boynton Beach, pro se.

Jeremy Dicker of Sachs Sax Caplan, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***